HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
Alaska Bar No. 0712107
P.O. Box 110796
Anchorage, Alaska 99511-0796
(907) 222-2584/Fax 222-3056
E-mail: greg@heritagelawak.com
Attorney for Giovanni J. Calderon

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>GIOVANNI JAVIER NAZARIO CALDERON,<br><br>      Defendant. | Case No. 3:21-MJ-00038-MMS |

## MOTION FOR A DETENTION REVIEW HEARING

"A period of excludable delay under 18 U.S.C. Section 3161(h)(D) will not occur as a result of filing this motion, and should not be excluded from the computation of the 70-day time limit for trial under 18 U.S.C. Sections 3161(h)(7)(A) and (B)(iv). As of the date of this motion, 70 days remain before trial must begin pursuant to the Speedy Trial Act."

COMES NOW Defendant Giovanni J. Calderon by and through his Attorney Gregory M. Heritage and respectfully submits this Motion for a Detention Review Hearing. During the Court hearing on 1/29/2021, the Judge directed that defendant could not return to his home because it was the location of the alleged incident. Pursuant to the Judge's directive, the defendant respectfully submits the following release plan at a different home:

HERITAGE LAW FIRM, LLC
P.O. Box 110796 • Anchorage, Alaska 99511-0796
Phone: (907) 222-2584 • Fax: (907) 222-3056
Email: greg@heritagelawak.com

Proposed Release Plan

1. 24/7 Electronic monitoring;

2. Reporting to and monitoring by a federal probation officer;

3. Conditions and restrictions as directed;

4. Home arrest except for work, legal, and medical requirements;

5. Reside at the three bedroom apartment located at 916 E. 45th Ct., Anchorage, Alaska, 99503, with Mr. Amelio Martinez and Mr. Michael Martinez; To verify this is a safe home and the occupants do not have criminal records, the Probation Officer can call Michael Martinez at (907) 717-4087;

Accordingly, we respectfully request a Detention Review Hearing at the Court's convenience. A SPANISH INTERPRETER will be required.

Dated this 1st day of February, 2021

Respectfully Submitted:

//GMH//

_____

GREGORY M. HERITAGE, ESQ.
Alaska Bar No. 0712107

**CERTIFICATE OF SERVICE**
I hereby certify that on 12/1/2021, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

//GMH//
_____
Gregory M. Heritage, Esq.