HERITAGE LAW FIRM, LLC
GREGORY M. HERITAGE, ESQ.
Alaska Bar No. 0712107
P.O. Box 110796
Anchorage, Alaska 99511-0796
(907) 222-2584/Fax 222-3056
E-mail: greg@heritagelawak.com
Attorney for Giovanni J. Calderon

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>GIOVANNI JAVIER NAZARIO CALDERON,<br><br>        Defendant. | Case No. 3:21-MJ-00038-MMS |

## **DECLARATION OF ATTORNEY GREGORY M. HERITAGE**

STATE OF ALASKA        )
                                  ) ss
MUNICIPALITY OF ANCHORAGE)

    I, GREGORY M. HERITAGE, affirm under penalty of perjury that the following assertions are true of my own personal knowledge:

1. I am an attorney duly licensed to practice law in the State of Alaska.
2. I represent Defendant in the case listed above.
3. A Detention Review hearing is needed due to changed circumstances.

    Dated this 1st day of February, 2021

                                                    //GMH//

                                                    GREGORY M. HERITAGE, ESQ.

**CERTIFICATE OF SERVICE**
I hereby certify that on 2/1/2021, I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

//GMH//

_____
Gregory M. Heritage, Esq.

HERITAGE LAW FIRM, LLC
P.O. Box 110796 • Anchorage, Alaska 99511-0796
Phone: (907) 222-2584 • Fax: (907) 222-3056
Email: greg@heritagelawak.com